*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★  ★  ★   ★  ★  ★

**MEMORANDUM OPINION**

No. 04-08-00866-CV

Cynthia **BEGO**,
Appellant

v.

Mikael **BEGO**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-13065
Honorable Janet Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   April 1, 2009

DISMISSED FOR WANT OF PROSECUTION

On February 27, 2009, the trial court clerk filed a notification of late record, stating that the

appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record. We,

therefore, ordered appellant to provide written proof to this court within ten days of the date of this

order that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's

fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if

appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant failed to respond. Therefore, we dismiss this appeal for want of prosecution.


PER CURIAM